UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Dale A. Drozd
United States Magistrate Judge
Sacramento, California

                  RE:    Billy DIXON
                          Docket Number:   2:06CR00036-01
                          **CONTINUANCE OF INITIAL APPEARANCE**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from February 27, 2007 to April 3, 2007, at 10:00 a.m.

**REASON FOR CONTINUANCE:**

On February 14, 2007, the above named offender was reportedly hit by a car resulting in a broken leg. The offender has requested a one month continuance in order to rehabilitate his leg.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                        Respectfully submitted,

                                        /s/Matthew M. Faubert
                                       **MATTHEW M. FAUBERT**
                                       United States Probation Officer

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                        **KYRIACOS M. SIMONIDIS**
                        **Supervising United States Probation Officer**

Dated:          February 22, 2007
                   Sacramento, California
                   MMF/cp

**RE:     Billy DIXON**
**Docket Number:  2:06CR00036-01**
**CONTINUANCE OF INITIAL APPEARANCE**

cc:     Pete Buzo, Court Clerk
        Laura E. Freidman, Assistant United States Attorney
        John R. Manning, Defense Counsel
        United States Marshal's Office
        Probation Office Calendar Clerk


__X__   **Approved**   _____

____    **Disapproved**

DATED: February 27, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/dixon0036.ord